IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07-PO86-SRW |
| | ) | [18 U.S.C. 13; Code of Ala.13A-6-22] |
| v. | ) | |
| | ) | |
| MIRANDA D. RHEM-WHITE | ) | INFORMATION |

The United States Attorney charges that:

### COUNT I

On or about the 29th of October, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, MIRANDA D. RHEM-WHITE did, with intent to harass, alarm, and annoy, intentionally push Willie J. White II, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-8-11(a)(1)(a).

### COUNT II

On or about the 7th of December, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, MIRANDA D. RHEM-WHITE did, with intent to harass, alarm, and annoy, intentionally strike Christel D. Burnside, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-8-11(a)(1)(a).

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

/s/ NTG
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA )    AFFIDAVIT
)
DALE COUNTY )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Investigator at Fort Rucker, Alabama. Investigation revealed that at approximately 8:30 P.M. on the 29th of October, 2006, neighbors heard yelling and witnessed MIRANDA D. RHEM-WHITE slapping and pushing SSG Willie J. White. The neighbors, WO1 Vernie E. Honaker II and Virginia L. Honaker, called the Military Police station to report the disturbance, and provided sworn statements that MIRANDA D. RHEM-WHITE slapped and pushed SSG White. MIRANDA D. RHEM-WHITE was transported to the Military Police station for processing, where she was advised of her legal rights, which she waived and rendered a sworn statement. MIRANDA D. RHEM-WHITE stated that she was yelling at SSG White, and that when he tried to calm her down she pushed him. SSG White was also questioned, and he stated that he and MIRANDA D. RHEM-WHITE were in a verbal altercation that turned physical when MIRANDA D. RHEM-WHITE pushed him in the chest with open hands. MIRANDA D. RHEM-WHITE was escorted back to her quarters, and SSG White was escorted to the quarters to pick up some personal belongings to stay at separate quarters.

_____
ROBERT L. LINGENFELTER, Investigator, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __1__ day of __Feb__ 2007.


_____
NOTARY PUBLIC

My commission expires: 13 DEC 2010

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Police Investigator at Fort Rucker, Alabama. Investigation revealed that at approximately 7:15 A.M. on the 7th of December, 2006, a physical altercation occurred between MIRANDA D. RHEM-WHITE and Christel D. Burnside, when MIRANDA D. RHEM-WHITE entered SSG Willie J. White's quarters (Building 315, Room 206) to pick up their children, and upon finding Christel D. Burnside in the quarters, engaged in a physical altercation with Christel D. Burnside. MIRANDA D. RHEM-WHITE was physically removed from the quarters by SSG White, where she then returned to her vehicle and used a witness' cell phone to call the Military Police. MIRANDA D. RHEM-WHITE went to the Military Police station for processing, where I advised her of her legal rights. MIRANDA D. RHEM-WHITE waived her rights and rendered a sworn statement admitting that she did strike Christel D. Burnside during their physical altercation.

_____
ADAM D. BISHOP, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 2<ᴜ day of April 2007.

_____
NOTARY PUBLIC

My commission expires: 13 DEC 2010