IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-PO-86-SRW |
| | ) | |
| MIRANDA D. RHEM-WHITE | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to MIRANDA D. RHEM-WHITE on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 7th day of September, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: emily.ruisanchez@us.army.mil
Georgia Bar: 142573

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-PO-86-SRW |
| | ) | |
| MIRANDA D. RHEM-WHITE | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel, Attorney for Miranda D. Rhem-White, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Miranda D. Rhem-White, 10 Peterson Street, Fort Rucker, AL 36362.

      Respectfully submitted,

      LEURA GARRETT CANARY
      UNITED STATES ATTORNEY


      /s/ Emily M. Ruisanchez
      EMILY M. RUISANCHEZ
      Special Assistant United States Attorney
      Soldier Service Center, Bldg. 5700
      Fort Rucker, Alabama 36362
      Telephone: (334) 255-9141
      Fax: (334) 255-1869
      Email: emily.ruisanchez@us.army.mil

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-PO-86-SRW |
| | ) | |
| MIRANDA D. RHEM-WHITE | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of _____ 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE